Taniah Riggins Statement

The first incident was right after I started it was my 2nd day of work (11/28/17). Vidal was with a group of other workers (others do not work here any longer). He stated the things he would do sexually to me.

I came into the dining hall after working out and was wearing tighter pants and workout clothes. Vidal passed me and stated "girl you so damn fine". I do not remember the date of this incident.

There was another incident on a Saturday, I do not recall the date, in which Vidal was the only Chef here & I felt really uncomfortable with everything that had happened. After that I had asked to be moved to the food court. I wanted more hours (which is what reason I gave for wanting to go over there but was true that I wanted more hours) but I did not tell any managers as I did not want to get anyone fired or in trouble.

Monday January 15th I was by the dishroom in which Vidal made another sexual comment.

There have been other various times that seem to happen whenever he is around me that he will make comments and I feel really uncomfortable. No one has been around or close enough to hear what was said.

I have told Hope (Esperanza Mendoza) about the incidents as she lives in my building and is another student worker.



**Private and Confidential**

TO:        Vi'Dal Allen

FROM:      Jeffrey Fell

RE:        Investigation Claim

Date:      January 22, 2018

This letter is based on sexual harassment allegations made against you. As you are aware in accordance to the Quest Employee Handbook, sexual harassment is prohibited. As stated in the Handbook,

> Making unsolicited and unwelcome written, verbal, physical and/or visual contact with sexual overtones (Written examples: suggestive or obscene letters, notes, invitations. Verbal examples: derogatory comments, slurs, jokes, and epithets. Physical examples may include leering, gestures, display of sexually suggestive objects or pictures, cartoons, posters, or magazines.)

Due to the seriousness of the complaint, you are being placed on investigative leave with pay until further notice. Your investigative leave is to enable us to conduct a thorough and speedy investigation.

During your investigative leave, you are instructed not to contact by any means (directly or indirectly) any Quest employees, or students or representatives of the University of Indianapolis. You are also not allowed on the University of Indianapolis campus. Failure to comply with these instructions may in itself constitute misconduct and/or trespassing, which may result in disciplinary or legal action against you. Human Resources will be contacting you to take your statement and any statements of any witnesses you may have.

If you have any questions, please feel free to contact me.

Employee Signature: _Vi'Del Al~_         Date: _1/22/18_

Manager Signature: _____        Date: _1-22-18_

**QUEST**

**Investigation Complaint Form**

| Employee Name: | Taniah Riggins | Today's Date: | 01/22/18 |
|---|---|---|---|
| School Name:<br>School Location: | University Indianapolis<br>Indianapolis IN | Job Title: | Food Service Worker |
| Person/People Involved (include department): | Vi'dal Allen (Sous Chef)<br>Taniah Riggins (FSW) | Date of incident:<br>since the day after my first day too | last monday (abb Jan 15) he said "girl you stress'll tires" |
| Where did the specific event occur? | In the dining hall and by the dish room/send off. | Time of Incident (if more than one event, please explain on a separate form): | Usually while I'm eating with friends so 12 pm or on the clock. |
| Please explain the specific events that occurred. | While being aware of my age, He continued to make sexual remarks. And call me names like fine, sexy, and would say things like "girl do you know what I would do to you." He also, openly told me that he as well as another worker who does n't work here anymore had discussion about my physical appearance and make sexual remarks | | |
| How did you feel? | Uncomfortable to a point where I didn't want to work in the dining hall. | | |
| Were there witnesses to this specific event? If yes, please provide their names. | No, but immediately after it happened I told Hope. (My friend, Esperanza needs 2s.) who also works here. And I told her every time. | | |
| What would you desire the outcome as a result of this investigation? | I would rather not be around him at all. Whether he be fired or I work over in streets, fiesta, or cells place. Just no contact at all. | | |
| Employee Signature | Terra Riviose (Taniah Riggins) | | |
| Supervisor Signature (If appropriate) | 1-22-18 | | |

*Please submit this form and any proof of Incident to Human Resources via email at HRDept@questfms.com or fax to 630-282-7140.

January 24, 2018

TO: Ardella

FROM: Shelby Deloney

RE: Statement

On or about Thursday, January 18, 2018, I encountered a conversation between Tania Riggin and two (2) coworkers in which I overheard her stating that she did not want to work in the the main dining room due to predators in that area. She stated that she is uncomfortable around them and is receiving comments, which are sexual in nature.

I, Shelby Deloney, then asked Tania to speak with me privately. I questioned her about the details of the conversation I had just overheard. During this conversation Tania stated that the sous chef, who wears braces (later identified as Vidal) has approached her several times saying what he would do to her sexually. She stated that she advised him that she was only 17 years old, but his comments have continued. She stated that Vidal and a female coworker named Matavia "Tae" Love have continued to approach her inappropriately and that a former employee named Victor has also approached her through Instagram and Facebook. She again stated that she is uncomfortable working in the area (Streets) because of the comments and how they look at her as if she were a piece of meat.

After receiving the information from Tania, I advised her that I had to inform management of the situation, and she agreed. The following day I forwarded the information to the Director Emilee and General Manager Jeff for investigation.

Sincerely,

Shelby Deloney

## Ardella Burkes

| | |
|---|---|
| **From:** | Jeff Fell <fellj@uindy.edu> |
| **Sent:** | Thursday, January 25, 2018 1:47 PM |
| **To:** | Ardella Burkes |
| **Cc:** | Nick Saccaro; Wayne King |
| **Subject:** | Fwd: |
| **Attachments:** | IMG_7231.jpg; IMG_7232.jpg |

Ardella, Taniah came down and I was able to take pictures of her phone. If she took screen shots it would alert him that a screen shot was taken. Thanks!

Jeff Fell

General Manager Dining Services

Schwitzer Student Center

1400 E. Hanna Avenue

Indianapolis, IN 46227

Cell: 217-549-2673

Quest Food Management Services | Uindy Dining

*Integrity. Responsiveness. Accountability. Respect. Excellence.*

*******CONFIDENTIALITY NOTICE and DISCLAIMER*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure and solely for the use of the person(s) or entity to whom it is intended. If you have received this message in error and are not the intended recipient, please notify the sender immediately and delete this message and any attachment from your system. If you are not the intended recipient, be advised that any use of this message is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.

Internet correspondence is not secure and neither Quest nor the sender accepts responsibility for viruses or other forms of data corruption caused by such. It is your responsibility to scan this e-mail and any attachments for viruses. Neither Quest nor the sender does accept liability for any errors or omissions in the contents of this message or attachments that arise as a result of e-mail transmission.

---------- Forwarded message ----------
From: **Jeff Fell** <jdfell05@gmail.com>
Date: Thu, Jan 25, 2018 at 2:45 PM
Subject:
To: fellj@uindy.edu

1



## Ardella Burkes

**From:** Jeff Fell <fellj@uindy.edu>
**Sent:** Thursday, January 25, 2018 2:42 PM
**To:** Nick Saccaro
**Cc:** Ardella Burkes; Wayne King
**Subject:** Re:

She stated that is Vidals screen name.

Jeff Fell

General Manager Dining Services

Schwitzer Student Center

1400 E. Hanna Avenue

Indianapolis, IN 46227

Cell: 217-549-2673

Quest Food Management Services | Uindy Dining

*Integrity. Responsiveness. Accountability. Respect. Excellence.*

*******CONFIDENTIALITY NOTICE and DISCLAIMER*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure and solely for the use of the person(s) or entity to whom it is intended. If you have received this message in error and are not the intended recipient, please notify the sender immediately and delete this message and any attachment from your system. If you are not the intended recipient, be advised that any use of this message is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.

Internet correspondence is not secure and neither Quest nor the sender accepts responsibility for viruses or other forms of data corruption caused by such. It is your responsibility to scan this e-mail and any attachments for viruses. Neither Quest nor the sender does accept liability for any errors or omissions in the contents of this message or attachments that arise as a result of e-mail transmission.

On Thu, Jan 25, 2018 at 3:18 PM, Nick Saccaro <Nick@questfms.com> wrote:
Who is OG Ace?

Nick Saccaro | President | Quest Food Management Services | 847.971.2304

On Thu, Jan 25, 2018 at 1:47 PM -0600, "Jeff Fell" <fellj@uindy.edu> wrote:

Ardella, Taniah came down and I was able to take pictures of her phone. If she took screen shots it would alert him that a screen shot was taken. Thanks!

1

Jeff Fell

General Manager Dining Services

Schwitzer Student Center

1400 E. Hanna Avenue

Indianapolis, IN 46227

Cell: 217-549-2673

**Quest Food Management Services | Uindy Dining**

*Integrity. Responsiveness. Accountability. Respect. Excellence.*

*******CONFIDENTIALITY NOTICE and DISCLAIMER*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure and solely for the use of the person(s) or entity to whom it is intended. If you have received this message in error and are not the intended recipient, please notify the sender immediately and delete this message and any attachment from your system. If you are not the intended recipient, be advised that any use of this message is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.

Internet correspondence is not secure and neither Quest nor the sender accepts responsibility for viruses or other forms of data corruption caused by such. It is your responsibility to scan this e-mail and any attachments for viruses. Neither Quest nor the sender does accept liability for any errors or omissions in the contents of this message or attachments that arise as a result of e-mail transmission.

---------- Forwarded message ----------
From: **Jeff Fell** <jdfell05@gmail.com>
Date: Thu, Jan 25, 2018 at 2:45 PM
Subject:
To: fellj@uindy.edu

**Ardella Burkes**

| | |
|---|---|
| From: | Jeff Fell <fellj@uindy.edu> |
| Sent: | Thursday, January 25, 2018 2:44 PM |
| To: | Ardella Burkes |
| Subject: | Re: Re: |

No she deleted him from all social media platforms and there was no other communication. Let me find out who Matavia is and I will let you know. Thanks!

Jeff Fell

General Manager Dining Services

Schwitzer Student Center

1400 E. Hanna Avenue

Indianapolis, IN 46227

Cell: 217-549-2673

Quest Food Management Services | UIndy Dining

*Integrity. Responsiveness. Accountability. Respect. Excellence.*

*******CONFIDENTIALITY NOTICE and DISCLAIMER*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure and solely for the use of the person(s) or entity to whom it is intended. If you have received this message in error and are not the intended recipient, please notify the sender immediately and delete this message and any attachment from your system. If you are not the intended recipient, be advised that any use of this message is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.

Internet correspondence is not secure and neither Quest nor the sender accepts responsibility for viruses or other forms of data corruption caused by such. It is your responsibility to scan this e-mail and any attachments for viruses. Neither Quest nor the sender does accept liability for any errors or omissions in the contents of this message or attachments that arise as a result of e-mail transmission.

On Thu, Jan 25, 2018 at 3:24 PM, Ardella Burkes <ardella@questfms.com> wrote:

Yes.  Also ask if there has been any other messages since?  Could you confirm if Matavia have been involved in any of this too?

Thanks,

1

Ardella

**From:** Nick Saccaro
**Sent:** Thursday, January 25, 2018 2:19 PM
**To:** Jeff Fell <fellj@uindy.edu>; Ardella Burkes <ardella@questfms.com>
**Cc:** Wayne King <wayne@questfms.com>
**Subject:** Re:

Who is OG Ace?

Nick Saccaro | President | Quest Food Management Services | 847.971.2304

On Thu, Jan 25, 2018 at 1:47 PM -0600, "Jeff Fell" <fellj@uindy.edu> wrote:

Ardella, Taniah came down and I was able to take pictures of her phone. If she took screen shots it would alert him that a screen shot was taken. Thanks!

Jeff Fell

General Manager Dining Services

Schwitzer Student Center

1400 E. Hanna Avenue

Indianapolis, IN 46227

Cell: 217-549-2673

Quest Food Management Services | Uindy Dining

*Integrity. Responsiveness. Accountability. Respect. Excellence.*

*******CONFIDENTIALITY NOTICE and DISCLAIMER*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure and solely for the use of the person(s) or entity to whom it is intended. If you have received this message in error and are not the intended recipient, please notify the sender immediately and delete this message and any attachment from your system. If you are not the intended recipient, be advised that any use of this message is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.

Internet correspondence is not secure and neither Quest nor the sender accepts responsibility for viruses or other forms of data corruption caused by such. It is your responsibility to scan this e-mail and any attachments for viruses. Neither Quest nor the sender does accept liability for any errors or omissions in the contents of this message or attachments that arise as a result of e-mail transmission.

**Ardella Burkes**

| | |
|---|---|
| **From:** | Jeff Fell <fellj@uindy.edu> |
| **Sent:** | Thursday, January 25, 2018 2:50 PM |
| **To:** | Ardella Burkes |
| **Cc:** | Nick Saccaro; Wayne King |
| **Subject:** | Re: Re: |

When I asked Taniah she said it was Vidal. I wouldn't know how to go about verifying if it is him. Also just spoke with Matavia and she said she didn't know anything.


Jeff Fell

General Manager Dining Services

Schwitzer Student Center

1400 E. Hanna Avenue

Indianapolis, IN 46227

Cell: 217-549-2673

Quest Food Management Services | Uindy Dining

*Integrity. Responsiveness. Accountability. Respect. Excellence.*

*******CONFIDENTIALITY NOTICE and DISCLAIMER*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure and solely for the use of the person(s) or entity to whom it is intended. If you have received this message in error and are not the intended recipient, please notify the sender immediately and delete this message and any attachment from your system. If you are not the intended recipient, be advised that any use of this message is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.

Internet correspondence is not secure and neither Quest nor the sender accepts responsibility for viruses or other forms of data corruption caused by such. It is your responsibility to scan this e-mail and any attachments for viruses. Neither Quest nor the sender does accept liability for any errors or omissions in the contents of this message or attachments that arise as a result of e-mail transmission.


On Thu, Jan 25, 2018 at 3:46 PM, Ardella Burkes <ardella@questfms.com> wrote:

She told me it was from Terrance. Let's make sure it is Vidal's screen name.


**From:** Jeff Fell [mailto:fellj@uindy.edu]
**Sent:** Thursday, January 25, 2018 2:42 PM
**To:** Nick Saccaro <Nick@questfms.com>
**Cc:** Ardella Burkes <ardella@questfms.com>; Wayne King <wayne@questfms.com>
**Subject:** Re:

She stated that is Vidals screen name.


Jeff Fell

General Manager Dining Services

Schwitzer Student Center

1400 E. Hanna Avenue

Indianapolis, IN 46227

Cell: 217-549-2673

**Quest Food Management Services | Uindy Dining**

*Integrity. Responsiveness. Accountability. Respect. Excellence.*

*******CONFIDENTIALITY NOTICE and DISCLAIMER*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure and solely for the use of the person(s) or entity to whom it is intended. If you have received this message in error and are not the intended recipient, please notify the sender immediately and delete this message and any attachment from your system. If you are not the intended recipient, be advised that any use of this message is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.

Internet correspondence is not secure and neither Quest nor the sender accepts responsibility for viruses or other forms of data corruption caused by such. It is your responsibility to scan this e-mail and any attachments for viruses. Neither Quest nor the sender does accept liability for any errors or omissions in the contents of this message or attachments that arise as a result of e-mail transmission.


On Thu, Jan 25, 2018 at 3:18 PM, Nick Saccaro <Nick@questfms.com> wrote:

Who is OG Ace?


Nick Saccaro | President | Quest Food Management Services | 847.971.2304


On Thu, Jan 25, 2018 at 1:47 PM -0600, "Jeff Fell" <fellj@uindy.edu> wrote:

Ardella, Taniah came down and I was able to take pictures of her phone. If she took screen shots it would alert him that a screen shot was taken. Thanks!


Jeff Fell

2

General Manager Dining Services

Schwitzer Student Center

1400 E. Hanna Avenue

Indianapolis, IN 46227

Cell: 217-549-2673

Quest Food Management Services | UIndy Dining

*Integrity. Responsiveness. Accountability. Respect. Excellence.*

*******CONFIDENTIALITY NOTICE and DISCLAIMER*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure and solely for the use of the person(s) or entity to whom it is intended. If you have received this message in error and are not the intended recipient, please notify the sender immediately and delete this message and any attachment from your system. If you are not the intended recipient, be advised that any use of this message is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.

Internet correspondence is not secure and neither Quest nor the sender accepts responsibility for viruses or other forms of data corruption caused by such. It is your responsibility to scan this e-mail and any attachments for viruses. Neither Quest nor the sender does accept liability for any errors or omissions in the contents of this message or attachments that arise as a result of e-mail transmission.

---------- Forwarded message ----------
From: **Jeff Fell** <jdfell05@gmail.com>
Date: Thu, Jan 25, 2018 at 2:45 PM
Subject:
To: fellj@uindy.edu

3

**Ardella Burkes**

| | |
|---|---|
| **From:** | Jeff Fell <fellj@uindy.edu> |
| **Sent:** | Friday, January 26, 2018 1:09 PM |
| **To:** | Ardella Burkes; Nick Saccaro; Wayne King |
| **Subject:** | Vidal |

I did some backwork on finding out if the OG Ace was Vidals screen name and it is not. I added his phone number as a contact to my phone and went into snapchat (you can add people from your contact list) and his name is nature.allen. Thanks!

Jeff Fell

General Manager Dining Services

Schwitzer Student Center

1400 E. Hanna Avenue

Indianapolis, IN 46227

Cell: 217-549-2673

Quest Food Management Services | UIndy Dining

*Integrity. Responsiveness. Accountability. Respect. Excellence.*

*******CONFIDENTIALITY NOTICE and DISCLAIMER*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure and solely for the use of the person(s) or entity to whom it is intended. If you have received this message in error and are not the intended recipient, please notify the sender immediately and delete this message and any attachment from your system. If you are not the intended recipient, be advised that any use of this message is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.

Internet correspondence is not secure and neither Quest nor the sender accepts responsibility for viruses or other forms of data corruption caused by such. It is your responsibility to scan this e-mail and any attachments for viruses. Neither Quest nor the sender does accept liability for any errors or omissions in the contents of this message or attachments that arise as a result of e-mail transmission.

## Ardella Burkes

**From:** Jeff Fell <fellj@uindy.edu>
**Sent:** Monday, January 29, 2018 12:50 PM
**To:** Ardella Burkes; Nick Saccaro; Wayne King
**Subject:** Vidal/Taniah
**Attachments:** Vidal Signoff.pdf

Ardella, I have spoken with both individuals regarding the issue at hand. We will work with Taniah to have her work only in retail and try to schedule shifts when Vidal is off and more in the mornings since he works evenings. She said she is fine as long as she is not in Residential. I Let her know if any contact is made that I or yourself are to be made aware of the contact.

Vidal signed off of the paperwork (attached). He understands fully and agrees that there will be no interaction and if it is needed for any reason that he is to ask another manager to speak with her.

Thanks!


Jeff Fell

General Manager Dining Services

Schwitzer Student Center

1400 E. Hanna Avenue

Indianapolis, IN 46227

Cell: 217-549-2673

**Quest Food Management Services | UIndy Dining**

*Integrity. Responsiveness. Accountability. Respect. Excellence.*

*******CONFIDENTIALITY NOTICE and DISCLAIMER*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure and solely for the use of the person(s) or entity to whom it is intended. If you have received this message in error and are not the intended recipient, please notify the sender immediately and delete this message and any attachment from your system. If you are not the intended recipient, be advised that any use of this message is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.

Internet correspondence is not secure and neither Quest nor the sender accepts responsibility for viruses or other forms of data corruption caused by such. It is your responsibility to scan this e-mail and any attachments for viruses. Neither Quest nor the sender does accept liability for any errors or omissions in the contents of this message or attachments that arise as a result of e-mail transmission.

**Ardella Burkes**

| | |
|---|---|
| **From:** | Jeff Fell <fellj@uindy.edu> |
| **Sent:** | Monday, January 29, 2018 2:22 PM |
| **To:** | Kory Vitangeli |
| **Cc:** | Nick Saccaro; Wayne King; Ardella Burkes |
| **Subject:** | Vidal/Taniah |

Hi Kory, after conducting the investigation we found that there is no conclusive evidence to terminate Vidal. We still take the matter and the complaint very seriously and have done the following to minimize interaction and any other incidents moving forward.

I spoke with both individuals regarding the issue at hand. We will work with Taniah to have her work only in retail and try to schedule shifts when Vidal is off and more in the mornings since he works evenings. She said she is fine as long as she is not in Residential. I Let her know if any contact is made that Ardella or myself are to be made aware immediatly.

Vidal signed off on paperwork stating that if more claims are made that he can be terminated. He understands fully and agrees that there will be no interaction and if it is needed for any reason that he is to ask another manager to speak with her.

Thanks!

Jeff Fell

General Manager Dining Services

Schwitzer Student Center

1400 E. Hanna Avenue

Indianapolis, IN 46227

Cell: 217-549-2673

Quest Food Management Services | UIndy Dining

*Integrity. Responsiveness. Accountability. Respect. Excellence.*

*******CONFIDENTIALITY NOTICE and DISCLAIMER*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure and solely for the use of the person(s) or entity to whom it is intended. If you have received this message in error and are not the intended recipient, please notify the sender immediately and delete this message and any attachment from your system. If you are not the intended recipient, be advised that any use of this message is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.

Complaint: Sexual Harassment Notes
Complaint against: Vidal Allen
Person complaining: Janiah Riggins
(student worker)

/22 - Janiah confirmed statements
in letter; did not have exact dates
or times, no witnesses; did tell
friend, Esperanza Mendoza, no
longer works for Quest. Vidal
didn't touch her. Sending info to
UINDY for further investigation since
Janiah is a student. Vidal suspended
pending investigation.

/22 - Vidal - called Vidal regarding
statement; Vidal denied statements
made by Janiah; Witnesses mentioned.
(Chris, Terrance, Martaveia are no
longer with the company). Asked Vidal
to put statement in writing.

After gathering all statements from
Janiah, Vidal, Jeff, and Shelby, there
was no conclusive findings. UINDY
did not have any conclusive findings
also since there were no witnesses or
evidence. The screen shot of Janiah's
phone did not prove to be from Vidal.
Recommend: Final warning, sexual
harassment training, separation from student

Vidal Allen  8/28/17
Sous Chef

James Riggins  11/27/17
FSW  Monday

Victor Hoslen - ?
10-4-17 - 2/1/17
Fridays

Susans Hork
8/21/17 - 11/8/18

Mastavera Leno
FSW  8/28/17

## Ardella Burkes

| | |
|---|---|
| **From:** | Jeff Fell <fellj@uindy.edu> |
| **Sent:** | Monday, January 29, 2018 12:50 PM |
| **To:** | Ardella Burkes; Nick Saccaro; Wayne King |
| **Subject:** | Vidal/Taniah |
| **Attachments:** | Vidal Signoff.pdf |

Ardella, I have spoken with both individuals regarding the issue at hand. We will work with Taniah to have her work only in retail and try to schedule shifts when Vidal is off and more in the mornings since he works evenings. She said she is fine as long as she is not in Residential. I Let her know if any contact is made that I or yourself are to be made aware of the contact.

Vidal signed off of the paperwork (attached). He understands fully and agrees that there will be no interaction and if it is needed for any reason that he is to ask another manager to speak with her.

Thanks!


Jeff Fell

General Manager Dining Services

Schwitzer Student Center

1400 E. Hanna Avenue

Indianapolis, IN 46227

Cell: 217-549-2673

**Quest Food Management Services | UIndy Dining**

*Integrity. Responsiveness. Accountability. Respect. Excellence.*

*******CONFIDENTIALITY NOTICE and DISCLAIMER*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure and solely for the use of the person(s) or entity to whom it is intended. If you have received this message in error and are not the intended recipient, please notify the sender immediately and delete this message and any attachment from your system. If you are not the intended recipient, be advised that any use of this message is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.

Internet correspondence is not secure and neither Quest nor the sender accepts responsibility for viruses or other forms of data corruption caused by such. It is your responsibility to scan this e-mail and any attachments for viruses. Neither Quest nor the sender does accept liability for any errors or omissions in the contents of this message or attachments that arise as a result of e-mail transmission.



**Private and Confidential**

TO:        Vi'Dal Allen

FROM:    Jeffrey Fell

RE:        Investigation Results

Date:     January 29, 2018

Quest is dedicated to providing a work environment that ensures that each and every employee is treated with respect and dignity, and afforded equitable conduct. The Company will not bear any kind of harassment and, will take all required steps to make sure that employees are not subject to harassment. This is also stated in Quest Employment handbook and in our sexual harassment training material.

The law assures employees the right to employment in a place of work that is free from harassment and any acts of harassment should be thoroughly investigated. Quest has completed the sexual harassment investigation made against you by Ms. Taniah Riggins on January 18, 2018. Based on the findings, we are retaining your employment with the understanding that you should not go near nor engage in any conversations (including online social media) with Taniah Riggins in and out of the workplace, and you must refrain from any form of retaliation.   Failure to comply with these instructions may result in termination.

Please be warned that any future reports of harassment (sexual or otherwise) against any employee will result in immediately dismissal.

If you have any questions, please feel free to contact me.

Employee Signature: _____    Date: 1 - 29 - 18

Manager Signature: _____    Date: 1-29-18



**Private and Confidential**

TO:       Taniah Riggins

FROM:   Jeffrey Fell

RE:       Investigation Results

Date:    January 29, 2018

Quest is dedicated to providing a work environment that ensures that each and every employee is treated with respect and dignity, and afforded equitable conduct. The Company will not bear any kind of harassment and, will take all required steps to make sure that employees are not subject to harassment. This is also stated in Quest Employment handbook and in our sexual harassment training material.

The law assures employees the right to employment in a place of work that is free from harassment and any acts of harassment should be thoroughly investigated. Quest has completed the investigation of the sexual harassment claim reported by you on January 18, 2018 against Vi'Dal Allen, Sous Chef.

Based on inconclusive findings due to a lack of evidence and witnesses, we are retaining Vidal's employment with the understanding that he should not go near nor engage in any conversations (including online social media) with you either in or out of the workplace. He is also to refrain from any form of retaliation. Should Vi'Dal violate any of these warnings, please report them immediately to Quest management staff or Ardella Burkes, Director of HR at 630-627-7708.

If you have any questions, please feel free to contact me.